# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NANCY LUDWIG, JOSEPH SPILLANE, HUGO PARRA, CHRISTOPHER MARTINEZ, NOAH SPELLER, ANDREW DEBRUYNE, GABRIEL CLINTON, BRECK JACKSON, MICHAEL WELDON, BRIAN WESCOTT, JACOB ANDRESS, CHRISTINA STEELE, and TINA LEGERE, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | Case No.: 3:24-cv-8906<br><br>Honorable Robert Kirsch<br><br>**ORDER APPROVING STIPULATION TO TRANSFER CASE** |

The Court, having reviewed the Parties' Stipulation to Transfer Venue to the United States District Courts for the Eastern District of Pennsylvania (the "Stipulation"), hereby finds and orders:

1. The Parties' Stipulation demonstrates that the interests of justice and the convenience of the parties support transfer of this matter and both Parties consent to the transfer of this matter to the United States District Court for the Eastern District of Pennsylvania;

1

2. The Stipulation, therefore, is **APPROVED**; and

3. This action is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. 1404(a).

4. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: November 5, 2025

_____
The Honorable Robert Kirsch
United States District Judge